[No. 34767-5-I.    Division One.    May 1, 1995.]

JACK A. BRUBAKER, *Respondent*, v. ROBERT LEON GREENE, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-2-06320-4, Gerald L. Knight, J., entered June 1, 1994. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid, J., and Pekelis, J. Pro Tem.

[No. 33511-1-I.    Division One.    May 1, 1995.]

KATHLEEN P. WILCOX, *Appellant*, v. SECURITY PACIFIC BANK OF WASHINGTON, N.A., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-17850-0, Donald D. Haley, J., entered September 27, 1993. *Affirmed* by unpublished opinion per Agid, J., concurred in by Webster and Cox, JJ.

[No. 33642-8-I.    Division One.    May 1, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-04331-3, Michael J. Fox, J., entered October 25, 1993. *Affirmed* by unpublished opinion per Webster, J., concurred in by Kennedy, A.C.J., and Coleman, J.

[No. 34116-2-I.    Division One.    May 1, 1995.]

CALVIN KUHLMAN, *Appellant*, v. HARRY THOMAS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-14458-0, Michael Spearman, J., entered January 14, 1994. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker, C.J., and Kennedy, J. Now published at 78 Wn. App. 115.